# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-17957-JKF

LISA MARIE YOUNG

278 Saxer Avenue

Springfield, PA 19064

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LISA MARIE YOUNG

    278 Saxer Avenue

    Springfield, PA 19064

**Counsel for debtor(s), by electronic notice only.**
    DAVID HAMILTON LANG ESQ
    MICHAEL F.X. GILLIN & ASSOC PC
    230 NORTH MONROE STREET
    MEDIA, PA 19063-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 1/19/2017

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee