United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17957-jkf
Lisa Marie Young                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Joan              Page 1 of 2               Date Rcvd: Feb 23, 2017
                              Form ID: 167            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
```
db              +Lisa Marie Young,   278 Saxer Avenue,   Springfield, PA 19064-3040
13823031        +Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
13823032       #+Changes Hair Care and Day Spa, Inc,   221 Morton Avenue,   Folsom, PA 19033-3023
13823034        +Crozer Keystone Health System,   P.O. Box 9800,   Coral Springs, FL 33075-0800
13823035        +Del-Ser, Inc.,   P.O. Box 329,   Willow Street, PA 17584-0329
13823036        +Geoffrey C Young,   278 Saxer Avenue,   Springfield, PA 19064-3040
13823038        +Lang Law Offices, Inc,   230 North Monroe Street,   Media, PA 19063-2908
13838643        +M&T BANK,    c/o DENISE ELIZABETH CARLON,    KML Law Group, P.C.,   701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
13823044        +MLR Solutions,   P.O. Box 60536,   King of Prussia, PA 19406-0536
13823040        +Macys,   Bankruptcy Processing,   P.O. Box 8053,   Mason, OH 45040-8053
13823041        +Main Line Gastroenterology Associates,   P.O. Box 340,   Sellersville, PA 18960-0340
13823042       #+Main Line Health Care,   2 Industrial Blvd,   Suite B-102,   Paoli, PA 19301-1645
13823049        +Pennsylvania Dept of Labor and Industry,    Office of Unemployment Compensation,
                  651 Boas Street,   Harrisburg, PA 17121-0725
13823050        +Quest Diagnostics,   P.O. Box 740775,   Cincinnati, OH 45274-0775
13823052        +Ridley Emergency Medical Services,   P.O. Box 329,   Willow Street, PA 17584-0329
13823053        +Santander Bank NA,   824 North Market Street,   Suite 100,   Wilmington, DE 19801-4937
13835183        +Santander Consumer USA, Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
13823054        +Southeast Radiology, Ltd,   P.O. Box 3247,   Evansville, IN 47731-3247
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13823030        +E-mail/Text: banko@berkscredit.com Feb 24 2017 01:48:56      Berks Credit & Coll,
                  900 Corporate Dr,   Reading, PA 19605-3340
13823033        +E-mail/Text: creditonebknotifications@resurgent.com Feb 24 2017 01:48:50      Credit One Bank,
                  Po Box 98875,   Las Vegas, NV 89193-8875
13823037        +E-mail/Text: cio.bncmail@irs.gov Feb 24 2017 01:48:55      Internal Revenue Service,
                  Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13823039         E-mail/Text: camanagement@mtb.com Feb 24 2017 01:48:57      M&T Bank,
                  Lending Services, Customer Support,   P.O. Box 1288,   Buffalo, NY 14240
13843620         E-mail/Text: camanagement@mtb.com Feb 24 2017 01:48:57      M&T Bank,   P.O. Box 840,
                  Buffalo, NY 14240-0840
13823043        +E-mail/Text: banko@berkscredit.com Feb 24 2017 01:48:56      Medical Diagnostic Laboratories,
                  c/o Berks Credit & Collections,   P.O. Box 329,   Temple, PA 19560-0329
13823045        +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 24 2017 01:49:40      Nationwide Insurance,
                  c/o Credit Collection Services,   Two Wells Avenue,   Newton, MA 02459-3225
13823046        +E-mail/Text: bkrnotice@prgmail.com Feb 24 2017 01:49:11      Paragon Revenue Group,
                  216 Le Phillip Court,   Concord, NC 28025-2954
13823047        +E-mail/Text: colleen.atkinson@rmscollect.com Feb 24 2017 01:49:41      Patient First,
                  c/o Receivables Management Systems,   P.O. Box 8630,   Richmond, VA 23226-0630
13823048        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2017 01:49:09
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA 17128-0946
13823051        +E-mail/Text: colleen.atkinson@rmscollect.com Feb 24 2017 01:49:41      Receivable Management,
                  7206 Hull Street Rd Ste,   North Chesterfield, VA 23235-5826
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13823062*       +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13823063*       +Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
13823064*       +Changes Hair Care and Day Spa, Inc,   221 Morton Avenue,   Folsom, PA 19033-3023
13823065*       +Credit One Bank,   Po Box 98875,   Las Vegas, NV 89193-8875
13823066*       +Crozer Keystone Health System,   P.O. Box 9800,   Coral Springs, FL 33075-0800
13823067*       +Del-Ser, Inc.,   P.O. Box 329,   Willow Street, PA 17584-0329
13823068*       +Geoffrey C Young,   278 Saxer Avenue,   Springfield, PA 19064-3040
13823069*       +Internal Revenue Service,   Centralized Insolvency Operation,   P.O. Box 7346,
                  Philadelphia, PA 19101-7346
13823070*       +Lang Law Offices, Inc,   230 North Monroe Street,   Media, PA 19063-2908
13823071*      ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   1100 WHERLE DRIVE,   WILLIAMSVILLE NY 14221-7748
                  (address filed with court: M&T Bank,   Lending Services, Customer Support,   P.O. Box 1288,
                  Buffalo, NY 14240)
13823076*       +MLR Solutions,   P.O. Box 60536,   King of Prussia, PA 19406-0536
13823072*       +Macys,   Bankruptcy Processing,   P.O. Box 8053,   Mason, OH 45040-8053
13823073*       +Main Line Gastroenterology Associates,   P.O. Box 340,   Sellersville, PA 18960-0340
13823074*       +Main Line Health Care,   2 Industrial Blvd,   Suite B-102,   Paoli, PA 19301-1645
13823075*       +Medical Diagnostic Laboratories,   c/o Berks Credit & Collections,   P.O. Box 329,
                  Temple, PA 19560-0329
13823077*       +Nationwide Insurance,   c/o Credit Collection Services,   Two Wells Avenue,
                  Newton, MA 02459-3225
13823078*       +Paragon Revenue Group,   216 Le Phillip Court,   Concord, NC 28025-2954
13823079*       +Patient First,   c/o Receivables Management Systems,   P.O. Box 8630,   Richmond, VA 23226-0630
13823080*       +Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA 17128-0946
```

```
District/off: 0313-2          User: Joan                  Page 2 of 2                   Date Rcvd: Feb 23, 2017
                              Form ID: 167                Total Noticed: 29
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
13823081*      +Pennsylvania Dept of Labor and Industry,   Office of Unemployment Compensation,
                 651 Boas Street,   Harrisburg, PA 17121-0725
13823082*      +Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
13823083*      +Receivable Management,    7206 Hull Street Rd Ste,    North Chesterfield, VA 23235-5826
13823084*      +Ridley Emergency Medical Services,    P.O. Box 329,    Willow Street, PA 17584-0329
13823085*      +Santander Bank NA,    824 North Market Street,    Suite 100,    Wilmington, DE 19801-4937
13823086*      +Southeast Radiology, Ltd,    P.O. Box 3247,    Evansville, IN 47731-3247
                                                                                   TOTALS: 0, * 25, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID H. LANG    on behalf of Debtor Lisa Marie Young langlawoffice@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lisa Marie Young
    Debtor(s)

Case No: 16–17957–jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

CONFIRMATION

    on: 5/25/17

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date:  2/23/17

For The Court

Timothy B. McGrath
Clerk of Court