## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lisa Marie Young <br>       Debtor <br><br> M&T Bank <br>       Movant <br>   vs. <br> Lisa Marie Young <br>       Debtor | CHAPTER 13 <br><br> NO. 16-17957 JKF <br><br> 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Plan of M&T Bank, which was filed with the Court on or about January 19, 2017 (Doc. No. 12).

                Respectfully submitted,

**July 26, 2017**            **/s/ Matteo S. Weiner, Esquire**
                Matteo S. Weiner, Esquire
                Brian Nicholas, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322