**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      LISA MARIE YOUNG      : Chapter 13
            Debtor                : Case No. 16-17957

**CERTIFICATE OF NO RESPONSE**

I, David Hamilton Lang, Esquire, hereby certify that I received no answer, response or request for a hearing on my Application For Approval of Fees and Reimbursement of Expenses in the above case.

Respectfully submitted:

___.s. David Lang_____
David Hamilton Lang, Esquire