**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   LISA MARIE YOUNG    : Chapter 13
Debtor                       : Case No. 16-17957

## ORDER

**AND NOW,** this __22nd__ day of __August__, 2017, upon consideration of the Application for Compensation ("the Application") filed by Debtor's counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $ __3,000 plus $333__.00 for expenses.

3. The Chapter 13 Trustee ~~is authorized to~~ may distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses less $1,000.00 which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT

_Ellen K. Fitzsimmons_
_____
**J.**