United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17957-jkf
Lisa Marie Young                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: John                   Page 1 of 1                  Date Rcvd: Aug 22, 2017
                                Form ID: pdf900              Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.
db            +Lisa Marie Young,    278 Saxer Avenue,    Springfield, PA 19064-3040
aty           +David Hamilton Lang,    230 North Monroe Street,    Media, PA 19063-2908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2017 01:48:46      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      DAVID H. LANG    on behalf of Debtor Lisa Marie Young langlawoffice@gmail.com
      DAVID H. LANG    on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:          LISA MARIE YOUNG          : Chapter 13
                Debtor                    : Case No. 16-17957

ORDER

AND NOW, this __22nd__ day of __August__, 2017, upon consideration of the Application for Compensation ("the Application") filed by Debtor's counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $ __3,000 plus $333__.00 for expenses.

3. The Chapter 13 Trustee ~~is authorized to~~ may distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses less $1,000.00 which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT

_____
J.