# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re     Lisa Marie Young     :     Chapter 13

            Debtor     :

    :     Bankruptcy No. 16-17957 mdc

## NOTICE

To the Debtor; Debtor's counsel; Trustee; and creditor Pennsylvania Department of Labor and Industry ;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a Proof of Claim in the amount of $ 3,252.05 has been filed by attorney David H. Lang on 5/03/2017 on behalf of creditor Pennsylvania Department of Labor and Industry.

Dated: November 8, 2017

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: John Barbetta
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)