# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17957-MDC

LISA MARIE YOUNG

278 SAXER AVENUE

SPRINGFIELD, PA 19064

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LISA MARIE YOUNG

    278 SAXER AVENUE

    SPRINGFIELD, PA 19064

Counsel for debtor(s), by electronic notice only.

    DAVID HAMILTON LANG ESQ
    MICHAEL F.X. GILLIN & ASSOC PC
    230 NORTH MONROE STREET
    MEDIA, PA 19063-

Date: 7/30/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee