**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        LISA MARIE YOUNG        : Chapter 13
              Debtor                  : Case No. 16-17957

**PRAECIPE TO WITHDRAWAL DOCUMENT**

TO THE CLERK:

Please withdraw Debtor's Notice of Motion ( Docket No. 38).

Respectfully submitted:

_/s/ David Lang_____
David Hamilton Lang, Esquire