*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lisa Marie Young
    Debtor(s)

Case No: 16–17957–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RESCHEDULED **
Motion to Modify Plan Filed by Lisa Marie Young Represented by DAVID H. LANG

    on: 1/9/20

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/14/19

Timothy B. McGrath
Clerk of Court

49 – 37
Form 167