United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17957-mdc
Lisa Marie Young                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Eileen           Page 1 of 2                Date Rcvd: Nov 14, 2019
                          Form ID: 167           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.
```
db          +Lisa Marie Young,    278 Saxer Avenue,    Springfield, PA 19064-3040
aty         +David Hamilton Lang,    230 North Monroe Street,    Media, PA 19063-2908
13823034    +Crozer Keystone Health System,    P.O. Box 9800,    Coral Springs, FL 33075-0800
13823035    +Del-Ser, Inc.,    P.O. Box 329,    Willow Street, PA 17584-0329
13823036    +Geoffrey C Young,    278 Saxer Avenue,    Springfield, PA 19064-3040
13823038    +Lang Law Offices, Inc,    230 North Monroe Street,    Media, PA 19063-2908
13838643    +M&T BANK,   c/o DENISE ELIZABETH CARLON,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13823044    +MLR Solutions,    P.O. Box 60536,    King of Prussia, PA 19406-0536
13823040    +Macys,   Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
13823041    +Main Line Gastroenterology Associates,    P.O. Box 340,    Sellersville, PA 18960-0340
13823042    +Main Line Health Care,    2 Industrial Blvd,    Suite B-102,    Paoli, PA 19301-1645
13823081   +++Pennsylvania Department of Labor and Industry,    Office of Unemployment Comp Tax Services,
              651 Boas Street,    Harrisburg, PA 17121-0725
13823049    +Pennsylvania Dept of Labor and Industry,    Office of Unemployment Compensation,
              651 Boas Street,    Harrisburg, PA 17121-0725
13823050    +Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
13823052    +Ridley Emergency Medical Services,    P.O. Box 329,    Willow Street, PA 17584-0329
13823053    +Santander Bank NA,    824 North Market Street,    Suite 100,    Wilmington, DE 19801-4937
13835183    +Santander Consumer USA, Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13823054    +Southeast Radiology, Ltd,    P.O. Box 3247,    Evansville, IN 47731-3247
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2019 03:49:21      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13823030    +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 15 2019 03:38:59      Berks Credit & Coll,
              900 Corporate Dr,    Reading, PA 19605-3340
13823031    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2019 03:49:25      Capital One,
              P.O. Box 30285,    Salt Lake City, UT 84130-0285
13823033    +E-mail/PDF: creditonebknotifications@resurgent.com Nov 15 2019 03:48:57      Credit One Bank,
              Po Box 98875,    Las Vegas, NV 89193-8875
13878045     E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2019 03:38:04
              Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA  98083-0657
13823037    +E-mail/Text: cio.bncmail@irs.gov Nov 15 2019 03:37:56      Internal Revenue Service,
              Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13823039     E-mail/Text: camanagement@mtb.com Nov 15 2019 03:38:01      M&T Bank,
              Lending Services, Customer Support,    P.O. Box 1288,    Buffalo, NY 14240
13843620     E-mail/Text: camanagement@mtb.com Nov 15 2019 03:38:01      M&T Bank,    P.O. Box 840,
              Buffalo, NY 14240-0840
13823043    +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 15 2019 03:38:59
              Medical Diagnostic Laboratories,    c/o Berks Credit & Collections,    P.O. Box 329,
              Temple, PA 19560-0329
13823045    +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 15 2019 03:38:55      Nationwide Insurance,
              c/o Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3225
13893399     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 03:48:16
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13872981    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 03:48:14
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13823046    +E-mail/Text: bkrnotice@prgmail.com Nov 15 2019 03:38:25      Paragon Revenue Group,
              216 Le Phillip Court,    Concord, NC 28025-2954
13823047    +E-mail/Text: colleen.atkinson@rmscollect.com Nov 15 2019 03:38:56      Patient First,
              c/o Receivables Management Systems,    P.O. Box 8630,    Richmond, VA 23226-0630
13823048    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2019 03:38:06
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
13823051    +E-mail/Text: colleen.atkinson@rmscollect.com Nov 15 2019 03:38:56      Receivable Management,
              7206 Hull Street Rd Ste,    North Chesterfield, VA 23235-5826
                                                                                              TOTAL: 16
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13823062*    +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
13823063*    +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13823064*    +Changes Hair Care and Day Spa, Inc,    221 Morton Avenue,    Folsom, PA 19033-3023
13823065*    +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
13823066*    +Crozer Keystone Health System,    P.O. Box 9800,    Coral Springs, FL 33075-0800
13823067*    +Del-Ser, Inc.,    P.O. Box 329,    Willow Street, PA 17584-0329
13823068*    +Geoffrey C Young,    278 Saxer Avenue,    Springfield, PA 19064-3040
13823069*    +Internal Revenue Service,    Centralized Insolvency Operation,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
13823070*    +Lang Law Offices, Inc,    230 North Monroe Street,    Media, PA 19063-2908
13823071*   ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
             (address filed with court: M&T Bank,    Lending Services, Customer Support,    P.O. Box 1288,
               Buffalo, NY 14240)
```

```
District/off: 0313-2          User: Eileen              Page 2 of 2                  Date Rcvd: Nov 14, 2019
                              Form ID: 167              Total Noticed: 34


              ***** BYPASSED RECIPIENTS (continued) *****
13823076*      +MLR Solutions,    P.O. Box 60536,    King of Prussia, PA 19406-0536
13823072*      +Macys,   Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
13823073*      +Main Line Gastroenterology Associates,    P.O. Box 340,    Sellersville, PA 18960-0340
13823074*      +Main Line Health Care,    2 Industrial Blvd,    Suite B-102,    Paoli, PA 19301-1645
13823075*      +Medical Diagnostic Laboratories,    c/o Berks Credit & Collections,    P.O. Box 329,
                 Temple, PA 19560-0329
13823077*      +Nationwide Insurance,    c/o Credit Collection Services,    Two Wells Avenue,
                 Newton, MA 02459-3225
13823078*      +Paragon Revenue Group,    216 Le Phillip Court,    Concord, NC 28025-2954
13823079*      +Patient First,    c/o Receivables Management Systems,    P.O. Box 8630,    Richmond, VA 23226-0630
13823080*      +Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13823082*      +Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
13823083*      +Receivable Management,    7206 Hull Street Rd Ste,    North Chesterfield, VA 23235-5826
13823084*      +Ridley Emergency Medical Services,    P.O. Box 329,    Willow Street, PA 17584-0329
13823085*      +Santander Bank NA,    824 North Market Street,    Suite 100,    Wilmington, DE 19801-4937
13823086*      +Southeast Radiology, Ltd,    P.O. Box 3247,    Evansville, IN 47731-3247
13823032      ##+Changes Hair Care and Day Spa, Inc,    221 Morton Avenue,    Folsom, PA 19033-3023
                                                                                             TOTALS: 0, * 24, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID H. LANG    on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com
          DAVID H. LANG    on behalf of Debtor Lisa Marie Young langlawoffice@gmail.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lisa Marie Young
    Debtor(s)

Case No: 16−17957−mdc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RESCHEDULED **
Motion to Modify Plan Filed by Lisa Marie Young Represented by DAVID H. LANG

on: 1/9/20

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/14/19

Timothy B. McGrath
Clerk of Court

49 − 37
Form 167