## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        LISA MARIE YOUNG        : Chapter 13
              Debtor                  : Case No. 16-17957

### CERTIFICATE OF NO RESPONSE

I, David Hamilton Lang, Esquire, attorney for the Debtor, hereby certify that I have not received an answer, response or request for a hearing in regard to the Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation with regard to the modified plan filed November 14, 2019.

Respectfully submitted:

_/s/ David Lang_____
David Hamilton Lang, Esquire