## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     LISA MARIE YOUNG     : Chapter 13
            Debtor     : Case No. 16-17957

### ORDER

AND NOW, this 9th day of January, 2019 2020, in consideration of the Debtor's Motion To Modify Chapter 13 Plan Post-confirmation and after notice and opportunity to be heard, it is hereby ORDERED that the motion is approved and the Debtor will pay the Standing Trustee in accordance with the terms of the modified plan.

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge