**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

          Chapter 13

          Bankruptcy No. 16-17957-MDC

LISA MARIE YOUNG

278 SAXER AVENUE

SPRINGFIELD, PA 19064

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LISA MARIE YOUNG

    278 SAXER AVENUE

    SPRINGFIELD, PA 19064

Counsel for debtor(s), by electronic notice only.

    DAVID HAMILTON LANG ESQ
    MICHAEL F.X. GILLIN & ASSOC PC
    230 NORTH MONROE STREET
    MEDIA, PA 19063-

                                            /S/ Kenneth E. West

Date: 3/2/2022                                _____

                                                      Kenneth E. West, Esquire
                                                      Chapter 13 Standing Trustee