UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LISA YOUNG         : Chapter 13

      Debtor               : Case No. 16-17957

## NOTICE OF SUPPLEMENTAL APPLICATION
## TO APPROVE COUNSEL FEES

To the Debtor, Creditors and Parties In Interest, NOTICE is given that:

1. The Debtor filed a Petition under Chapter 13 of the Bankruptcy Code on November 14, 2016.

2. The Debtor selected David Hamilton Lang, Esquire as her attorney.

3. The Debtor became in arrears in her plan payments resulting in the Standing Chapter 13 Trustee filing a Motion To Dismiss.

4. The Debtor agreed to pay counsel the sum of One Thousand Four Hundred Dollars ($1,400.00) for his services in defending the motion.

5. Counsel has filed a Supplemental Application For Approval of Counsel Fees with an itemization of actual time records.

6. The Debtor, any creditor or party in interest may file an objection or other responsive pleading or request for a hearing, stating the reasons why a hearing is necessary, with the Clerk, United States Bankruptcy Court, Nix Federal Building, 901 Market Street, Suite 400, Philadelphia, PA 19107, with a copy to Counsel, David Hamilton Lang, Esquire, 230 North Monroe Street, Media, PA 19063, on or before April 22, 2022.  A copy of the Application may

be obtained from the Clerk of the United States Bankruptcy Court or from David Hamilton Lang, Esquire, Counsel for the Debtor, at the address below.

7. In the absence of any answer, objection, or request for a hearing, the Court may, upon consideration of the record and/or the pleadings, enter an Order granting the relief requested.

Respectfully submitted:

/s/ David Lang

David Hamilton Lang, Esquire

230 North Monroe Street

Media, PA 19063

(610) 246-4411

(302) 372-3053 Fax