United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 16-17957-mdc

Lisa Marie Young                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                          Page 1 of 3
Date Rcvd: Apr 08, 2022                          Form ID: 138OBJ                              Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Marie Young, 278 Saxer Avenue, Springfield, PA 19064-3040 |
| 13823032 | + | Changes Hair Care and Day Spa, Inc, 221 Morton Avenue, Folsom, PA 19033-3023 |
| 13823034 | + | Crozer Keystone Health System, P.O. Box 9800, Coral Springs, FL 33075-0800 |
| 13823035 | + | Del-Ser, Inc., P.O. Box 329, Willow Street, PA 17584-0329 |
| 13823036 | + | Geoffrey C Young, 278 Saxer Avenue, Springfield, PA 19064-3040 |
| 13838643 | + | M&T BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13823044 | + | MLR Solutions, P.O. Box 60536, King of Prussia, PA 19406-0536 |
| 13823041 | + | Main Line Gastroenterology Associates, P.O. Box 340, Sellersville, PA 18960-0340 |
| 13823042 | + | Main Line Health Care, 2 Industrial Blvd, Suite B-102, Paoli, PA 19301-1645 |
| 13823081 | +++ | Pennsylvania Department of Labor and Industry, Office of Unemployment Comp Tax Services, 651 Boas Street, Harrisburg, PA 17121-0725 |
| 13823049 | + | Pennsylvania Dept of Labor and Industry, Office of Unemployment Compensation, 651 Boas Street, Harrisburg, PA 17121-0725 |
| 13823050 | + | Quest Diagnostics, P.O. Box 740775, Cincinnati, OH 45274-0775 |
| 13823052 | + | Ridley Emergency Medical Services, P.O. Box 329, Willow Street, PA 17584-0329 |
| 13823054 | + | Southeast Radiology, Ltd, P.O. Box 3247, Evansville, IN 47731-3247 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 08 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 08 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13823030 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 08 2022 23:58:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 13823031 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2022 23:59:26 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13823033 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2022 23:59:28 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 13823040 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2022 23:59:28 | Macys, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 13878045 | | Email/Text: bnc-quantum@quantum3group.com | Apr 08 2022 23:58:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13823037 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 08 2022 23:58:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13823038 | | Email/Text: langlawoffice@gmail.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: 138OBJ | Total Noticed: 35 |

|  |  | Apr 08 2022 23:58:00 | Lang Law Offices, Inc, 230 North Monroe Street, Media, PA 19063 |
|---|---|---|---|
| 13823039 | Email/Text: camanagement@mtb.com | Apr 08 2022 23:58:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240 |
| 13843620 | Email/Text: camanagement@mtb.com | Apr 08 2022 23:58:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 13823043 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 08 2022 23:58:00 | Medical Diagnostic Laboratories, c/o Berks Credit & Collections, P.O. Box 329, Temple, PA 19560-0329 |
| 13823045 | + Email/Text: bankruptcy_notifications@ccsusa.com | Apr 08 2022 23:58:00 | Nationwide Insurance, c/o Credit Collection Services, Two Wells Avenue, Newton, MA 02459-3225 |
| 13893399 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2022 23:59:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13872981 | + Email/PDF: rmscedi@recoverycorp.com | Apr 08 2022 23:59:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13823046 | + Email/Text: bkrnotice@prgmail.com | Apr 08 2022 23:58:00 | Paragon Revenue Group, 216 Le Phillip Court, Concord, NC 28025-2954 |
| 13823047 | + Email/Text: joey@rmscollect.com | Apr 08 2022 23:58:00 | Patient First, c/o Receivables Management Systems, P.O. Box 8630, Richmond, VA 23226-0630 |
| 13823048 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 08 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13823051 | + Email/Text: joey@rmscollect.com | Apr 08 2022 23:58:00 | Receivable Management, 7206 Hull Street Rd Ste, North Chesterfield, VA 23235-5826 |
| 13823053 | + Email/Text: DeftBkr@santander.us | Apr 08 2022 23:58:00 | Santander Bank NA, 824 North Market Street, Suite 100, Wilmington, DE 19801-4937 |
| 13835183 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 08 2022 23:58:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13823062 | *+ | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 13823063 | *+ | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13823064 | *+ | Changes Hair Care and Day Spa, Inc, 221 Morton Avenue, Folsom, PA 19033-3023 |
| 13823065 | *+ | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 13823066 | *+ | Crozer Keystone Health System, P.O. Box 9800, Coral Springs, FL 33075-0800 |
| 13823072 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 13823067 | *+ | Del-Ser, Inc., P.O. Box 329, Willow Street, PA 17584-0329 |
| 13823068 | *+ | Geoffrey C Young, 278 Saxer Avenue, Springfield, PA 19064-3040 |
| 13823069 | *+ | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13823070 | *P++ | LANG LAW OFFICES INC, ATTN DAVID H LANG, 230 N MONROE ST, MEDIA PA 19063-2908, address filed with court:, Lang Law Offices, Inc, 230 North Monroe Street, Media, PA 19063 |
| 13823071 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240 |
| 13823076 | *+ | MLR Solutions, P.O. Box 60536, King of Prussia, PA 19406-0536 |
| 13823073 | *+ | Main Line Gastroenterology Associates, P.O. Box 340, Sellersville, PA 18960-0340 |
| 13823074 | *+ | Main Line Health Care, 2 Industrial Blvd, Suite B-102, Paoli, PA 19301-1645 |
| 13823075 | *+ | Medical Diagnostic Laboratories, c/o Berks Credit & Collections, P.O. Box 329, Temple, PA 19560-0329 |
| 13823077 | *+ | Nationwide Insurance, c/o Credit Collection Services, Two Wells Avenue, Newton, MA 02459-3225 |
| 13823078 | *+ | Paragon Revenue Group, 216 Le Phillip Court, Concord, NC 28025-2954 |

District/off: 0313-2                             User: admin                                  Page 3 of 3
Date Rcvd: Apr 08, 2022                       Form ID: 138OBJ                          Total Noticed: 35

| 13823079 | *+ | Patient First, c/o Receivables Management Systems, P.O. Box 8630, Richmond, VA 23226-0630 |
| 13823080 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13823082 | *+ | Quest Diagnostics, P.O. Box 740775, Cincinnati, OH 45274-0775 |
| 13823083 | *+ | Receivable Management, 7206 Hull Street Rd Ste, North Chesterfield, VA 23235-5826 |
| 13823084 | *+ | Ridley Emergency Medical Services, P.O. Box 329, Willow Street, PA 17584-0329 |
| 13823085 | *+ | Santander Bank NA, 824 North Market Street, Suite 100, Wilmington, DE 19801-4937 |
| 13823086 | *+ | Southeast Radiology, Ltd, P.O. Box 3247, Evansville, IN 47731-3247 |

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

**Name**                          **Email Address**

BRIAN CRAIG NICHOLAS
                         on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DAVID H. LANG
                         on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com

DAVID H. LANG
                         on behalf of Debtor Lisa Marie Young langlawoffice@gmail.com

DENISE ELIZABETH CARLON
                         on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
                         ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                         on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
                         on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
                         on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

United States Trustee
                         USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Lisa Marie Young

               Debtor(s)

Case No: 16−17957−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:


The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/8/22

66 − 65
Form 138OBJ