# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LISA YOUNG : Chapter 13

 Debtor : Case No. 16-17957

## CERTIFICATE OF NO RESPONSE

I, David Hamilton Lang, Esquire, attorney for the Debtor and Applicant, hereby certify that I have not received an answer, response or request for a hearing with respect to my Supplemental Fee Application.

Respectfully submitted:

/s/ David Lang

David Hamilton Lang, Esquire