# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LISA YOUNG  : Chapter 13

Debtor  : Case No. 16-17957

## ORDER

AND NOW, this 2nd day of May 2022, upon consideration of the Supplemental Application for Approval of Compensation filed by David Hamilton Lang, Esquire, attorney for the Debtor, (the "Applicant") and upon Applicant's certification of service upon all interested parties and upon Applicant's certification of no response, it is hereby ORDERED that:

1. The Application is granted.

2. Compensation is allowed in favor of the Applicant in the amount of $1,400.00.

3. The Chapter 13 trustee may distribute to the Applicant as an administrative expense pursuant to 11 U.S.C Section 1326(b), 11 U.S.C Section 507, 11 U.S.C Section 503(b) and 11 U.S.C. Section 330(a)(4)(B) the allowed compensation of $1,400.00.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE