United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-17957-mdc |
| Lisa Marie Young | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 02, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lisa Marie Young, 278 Saxer Avenue, Springfield, PA 19064-3040 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: langlawoffice@gmail.com | May 02 2022 23:51:00 | David Hamilton Lang, 230 North Monroe Street, Media, PA 19063-2908 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | May 02 2022 23:55:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 04, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID H. LANG | on behalf of Attorney David Hamilton Lang langlawoffice@gmail.com |
| DAVID H. LANG | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 02, 2022 | Form ID: pdf900 | Total Noticed: 3 |

on behalf of Debtor Lisa Marie Young langlawoffice@gmail.com

DENISE ELIZABETH CARLON

    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

KENNETH E. WEST

    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD

    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER

    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LISA YOUNG : Chapter 13
    Debtor : Case No. 16-17957

**ORDER**

AND NOW, this   2nd   day of   May   2022, upon consideration of the Supplemental Application for Approval of Compensation filed by David Hamilton Lang, Esquire, attorney for the Debtor, (the "Applicant") and upon Applicant's certification of service upon all interested parties and upon Applicant's certification of no response, it is hereby ORDERED that:

1.    The Application is granted.

2.    Compensation is allowed in favor of the Applicant in the amount of $1,400.00.

3.    The Chapter 13 trustee may distribute to the Applicant as an administrative expense pursuant to 11 U.S.C Section 1326(b), 11 U.S.C Section 507, 11 U.S.C Section 503(b) and 11 U.S.C. Section 330(a)(4)(B) the allowed compensation of $1,400.00.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE